**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| HAILEY DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-32-D |
| | ) | |
| JUDY KIM, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff's pro se Complaint [Doc. No. 1]. Upon review, the Court finds that the complaint does not comply with Federal Rule of Civil Procedure 8. Rule 8 requires a complaint to contain "(1) a short and plain statement of the grounds for the court's jurisdiction…; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought." FED. R. CIV. P. 8(a). Pro se litigants are not excused from Rule 8's requirements. *See Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) ("[A] pro se plaintiff requires no special legal training to recount the facts surrounding his alleged injury, and he must provide such facts if the court is to determine whether he makes out a claim on which relief can be granted.").

Although a pro se complaint must be liberally construed, "the court cannot take on the responsibility of serving as the litigant's attorney in constructing arguments and searching the record." *Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836, 840 (10th Cir. 2005).

Plaintiff's Complaint consists of two allegations—that "Defendant had ex parte

1

communications with individual" and "Defendant conspired with individual in violation of due process" [Doc. No. 1]. Plaintiff fails to plead any facts that prove she is entitled to relief. Further, Plaintiff fails to allege a jurisdictional basis for her complaint. Accordingly, dismissal is proper.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint [Doc. No. 1] is **DISMISSED** without prejudice. Within **14 days** from the issuance of this Order, Plaintiff may file an amended complaint that complies with Rule 8(a). If no pleading is filed within 14 days, this action will be dismissed without prejudice as to a future filing and without further notice.

**IT IS SO ORDERED** this 24th day of March, 2026.

TIMOTHY D. DeGIUSTI
Chief United States District Judge